UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOYCE A. MAYS : CASE NO. 1-18-00167-RNO

    Debtor :

## CERTIFICATE OF SERVICE

    I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on February 6, 2018, a true and correct copy of the CHAPTER 13 PLAN was served by certified mail and received by the following secured claim holder whose rights were impacted by the plan, per the attached certified green card:

[Certified mail green card (PS Form 3811) attached, showing:
- Article Addressed to: M&T Bank, successor in interest to Dauphin Deposit Bank & Trust Co., Attn: Officer Authorized to Accept Process, 213 Market St., Harrisburg, PA 17101
- Article Number: 7005 3110 0002 1866 9366
- Signature: Jamaica [illegible]
- Date of Delivery: 2/8/18]

                                        SCHIFFMAN, SHERIDAN & BROWN, P.C.

                                    By: /s/ Stacy A. Sollenberger
                                         Stacy A. Sollenberger

Date: February 19, 2018