UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOYCE A. MAYS : CASE NO. 1-18-00167-RNO

      Debtor

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on February 12, 2018, a true and correct copy of the CHAPTER 13 PLAN was served by certified mail and received by the following secured claim holder whose rights were impacted by the plan, per the attached certified green card:

[Certified mail green card (PS Form 3811) showing:
- Article Addressed to: PHFA/HEMAP, Attn: Officer Authorized to Accept Process, 211 North Front Street, Harrisburg, PA 17101
- Signature received, Date of Delivery: 2/20/18
- Certified Mail, Return Receipt for Merchandise
- Tracking: 9590 9402 1391 5285 1328 39
- Article Number: 7005 3110 0002 1866 9397]

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
    Stacy A. Sollenberger

Date: February 26, 2018