```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 18-00167-RNO
Joyce A. Mays                                                   Chapter 13
           Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi            Page 1 of 2           Date Rcvd: Feb 26, 2018
                              Form ID: ntcnfhrg          Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db             +Joyce A. Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333
5012811         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
5012812        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
5012813         City Treasurer,    10 N. 2nd Street, Suite 103,    Harrisburg, PA 17101-1679
5012814        +Comcast Corp.,    Comcast Center,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
5012815        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,     PO Box 60848,    Harrisburg, PA 17106-0848
5012816        +Dauphin County Board of Commissions,     P.O. Box 1295,    Harrisburg, PA 17108-1295
5012817        +Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,    Syosset, NY 11791-4401
5012818        +Enhanced Recovery Company,    P.O. Box 57547,    Jacksonville, FL 32241-7547
5012819        +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
5012820       ++++FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA 15212-5837
                (address filed with court: First National Bank,     One North Shore Center,
                 Pittsburgh, PA 15212)
5012821        +Hamilton Health Center,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5012824        +Lower Paxton Township,    Attn: Police Dept.,    425 Prince Street,    Harrisburg, PA 17109-2898
5012825        +M&T Bank,   c/o Nora C. Viggiano, Esquire,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5012828        +MedCare Equipment Company, LLC,    P.O. Box 5029,    Greensburg, PA 15601-5058
5012830        +Orthopedic Institute of Pennsylvania,     3399 Trindle Road,    Camp Hill, PA 17011-2286
5012831        +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
5012834        +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
5012835        +PHFA-HEMAP,    P.O. Box 2461,    Harrisburg, PA 17105-2461
5012838         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5012833        +Pennsylvania Retina Specialists, PC,     220 Grandview Avenue,    Suite 200,
                 Camp Hill, PA 17011-1776
5012839        +Quest Diagnostics,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5012840         The Arlington Group,    820 Sir Thomas Court,    Harrisburg, PA 17109-4839
5012841        +Torres Credit Service, Inc.,    P.O. Box 189,    Carlisle, PA 17013-0189
5012842        +U.S. Dept. of Housing and Urban Dev.,     Financial Control Accounting Division,
                 Cash & Securities, Room 3112,    451 7th Street SW,    Washington, DC 20410-0001
5012844        +Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5012810        +E-mail/Text: banko@berkscredit.com Feb 26 2018 19:24:26     Berks Credit Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
5012822         E-mail/Text: cio.bncmail@irs.gov Feb 26 2018 19:24:17     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA  19114
5012823        +E-mail/Text: BKRMailOPS@weltman.com Feb 26 2018 19:24:28     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
5012826         E-mail/Text: camanagement@mtb.com Feb 26 2018 19:24:28     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
5012827         E-mail/Text: camanagement@mtb.com Feb 26 2018 19:24:28     M&T Bank,    successor in interest to,
                 Dauphin Deposit Bank & Trust Co.,    213 Market Street,    Harrisburg, PA 17001
5012829        +E-mail/Text: Bankruptcies@nragroup.com Feb 26 2018 19:25:16     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5012836         E-mail/Text: blegal@phfa.org Feb 26 2018 19:24:46     PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17101
5012832         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2018 19:24:35
                 Pennsylvania Department of Revenue,     Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
5012837         E-mail/Text: CDuffy@pinnaclehealth.org Feb 26 2018 19:24:29     Pinnacle Health Hospitals,
                 P.O. Box 8700,    Harrisburg, PA 17105-8700
5012843         E-mail/Text: bkrcy@ugi.com Feb 26 2018 19:25:07     UGI Utilities,    2525 North 12th Street,
                 Suite 360,    Reading, PA 19605
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joyce A. Mays
Debtor(s)

Chapter 13

Case No. 1:18−bk−00167−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 4, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 11, 2018<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2018 |