LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Joyce A. Mays                              :    CHAPTER 13
                                           :
                                           :    CASE NO. 1 - 18 -bk- 00167-RNO
                                           :
                                           :
        Debtor(s)                          :
                        AMENDED
    REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 190.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 3,810.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 101.80 |
|     See attached continuation sheet. | |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3,911.80 |

Dated: 6/27/18                              _____
                                            Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOYCE A. MAYS | : | CASE NO. 1-18-00167-RNO |
| Debtor | : | |

**CONTINUATION SHEET
AMENDED REQUEST FOR PAYMENT
OF CHAPTER 13 COMPENSATION AND EXPENSES**

A.4. Copies (6 pgs. @ $0.15) and certified mail (3 @ $6.67) for plan service on lenders with collateral valued in plan = **$20.91**

Copies (70 pgs. @ $0.15) and postage (34 @ $0.47) for First Amended Plan service on matrix and certified mail (1 @ $6.67) for an additional lender with collateral valued in plan = **$33.15**

Copies (7 pgs. @ $0.15) and certified mail (7 @ $6.67) for service of Motion for Determination of Secured Status on Governmental Respondents = **$47.74**