UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOYCE A. MAYS | : | CASE NO. 1-18-00167-RNO |
| | : | |
| Debtor | : | |
| | : | |
| JOYCE A. MAYS | : | 133 Linden Street |
| | : | Harrisburg, Pennsylvania |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND | : | |
| URBAN DEVELOPMENT, DAUPHIN | : | |
| COUNTY BOARD OF | : | |
| COMMISSIONERS, M&T BANK | : | |
| as successor to ALLFIRST BANK and as | : | |
| successor to DAUPHIN DEPOSIT BANK | : | |
| AND TRUST CO., and PHFA/HEMAP, | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE**

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on June 7, 2018, a true and correct copy of the MOTION FOR DETERMINATION OF SECURED STATUS/VALUATION OF SECURITY was served by certified mail and received by the following secured claim holders, per the attached certified green cards and/or the USPS certified mail tracking:

SEE ATTACHED.

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
Stacy A. Sollenberger

Date: July 12, 2018







## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States Attorneys Office
Middle District of Pennsylvania
Attn: Civil Process Clerk
Harrisburg Federal Building and Courthouse
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754

9590 9402 1391 5285 1343 45

2. Article Number (Transfer from service label)
7005 3110 0002 1866 8178

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Susan Melendez
C. Date of Delivery: 6-8-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
U.S. Department of Justice
Attn: Agent Authorized to Accept Process Pursuant to F.R.B.P 7004
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 1391 5285 1343 52

Article Number (Transfer from service label)
7005 3110 0002 1866 8161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Carly Ann
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: JUN 12 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70053110000218668123

Remove ✕

**Expected Delivery on**

**MONDAY**
**11** JUNE 2018 ⓘ
by **8:00pm** ⓘ

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.67 |

Postmark Here
6/7/18

Sent To: U.S Dept. of Housing ^ Urban Dev.
Street, Apt. No.; or PO Box No. Washington, D.C.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0002 1866 8123

✅ **Delivered**

June 11, 2018 at 10:43 am
Delivered, To Agent
WASHINGTON, DC 20410

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**June 11, 2018, 10:43 am**
Delivered, To Agent
WASHINGTON, DC 20410
Your item has been delivered to an agent at 10:43 am on June 11, 2018 in WASHINGTON, DC 20410.

**June 11, 2018, 9:22 am**
Arrived at Unit
WASHINGTON, DC 20018

**June 10, 2018**
In Transit to Next Facility

**June 9, 2018**
In Transit to Next Facility

**June 8, 2018**
In Transit to Next Facility

**June 7, 2018, 9:14 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**June 7, 2018, 8:09 pm**
Arrived at USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER