# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOYCE A. MAYS

      Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

JOYCE A. MAYS

      Respondent(s)

CHAPTER 13

CASE NO: 1-18-00167-RNO

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on August 02, 2018 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 2, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOYCE A. MAYS

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

JOYCE A. MAYS

        Respondent(s)

CHAPTER 13

CASE NO: 1-18-00167-RNO

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 2, 2018.

SCHIFFMAN, SHERIDAN & BROWN, PC
TRACY L UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD, SUITE 201
HARRISBURG, PA 17110-

JOYCE A. MAYS
133 N. LINDEN STREET
HARRISBURG, PA 17103

RESPECTFULLY SUBMITTED,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 2, 2018