```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 18-00167-RNO
Joyce A. Mays                                             Chapter 13
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: KADavis        Page 1 of 1           Date Rcvd: Sep 19, 2018
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
              +HOME CARE ASSISTANCE,   ATTN: RON, PAYROLL DEPT,   2304 LINGLESTOWN ROAD,
               HARRISBURG, PA 17110-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                        Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
JOYCE A. MAYS : CASE NO. 1-18-00167-RNO
:
Debtor : 

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Home Care Assistance, Attn: Ron, Payroll Department, 2304 Linglestown Road, Harrisburg, PA 17110, the employer of Debtor Joyce A. Mays, is hereby directed to deduct from the bi-weekly salary of Joyce A. Mays the sum of $250.00 commencing September 2018, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that Home Care Assistance shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: September 18, 2018          By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)