```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 18-00167-RNO
Joyce A. Mays                                                           Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: KADavis              Page 1 of 1           Date Rcvd: Oct 24, 2018
                               Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
          +SFE,    ATTN: PAYROLL,    9366 RAINTREE DRIVE SUITE 101,    SCOTTSDALE, AZ 85260-2098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

Case 1:18-bk-00167-RNO    Doc 70    Filed 10/26/18    Entered 10/27/18 00:41:32    Desc
                        Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOYCE A. MAYS | : | CASE NO. 1-18-bk-00167-RNO |
| | : | |
| Debtor | : | |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that SFE, Attn: Payroll, 9366 E. Raintree Drive, Suite 101, Scottsdale, AZ 85260, the employer of Debtor Joyce A. Mays, is hereby directed to deduct from the bi-weekly salary of Joyce A. Mays the sum of $250.00 commencing October 2018, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that SFE shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: October 23, 2018   By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)