# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOYCE A. MAYS

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

JOYCE A. MAYS

    Respondent(s)

CHAPTER 13

CASE NO: 1-18-00167-HWV

## CERTIFICATION OF DEFAULT

    AND NOW on March 15, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of March 15, 2019, the Debtor(s) is/are $2450.00 in arrears with a plan payment having last been made on Mar 04, 2019

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 15, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOYCE A. MAYS

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 1-18-00167-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 15, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| SCHIFFMAN, SHERIDAN & BROWN, PC<br>TRACY L UPDIKE, ESQUIRE<br>2080 LINGLESTOWN ROAD, SUITE 201<br>HARRISBURG, PA 17110- | SERVED ELECTRONICALLY |
| JOYCE A. MAYS<br>133 N. LINDEN STREET<br>HARRISBURG, PA 17103 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com