```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                Case No. 18-00167-HWV
Joyce A. Mays                                                         Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis              Page 1 of 2              Date Rcvd: Mar 22, 2019
                             Form ID: pdf010            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db             +Joyce A. Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333
5012811         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
5012812        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
5012813         City Treasurer,    10 N. 2nd Street, Suite 103,    Harrisburg, PA 17101-1679
5044504        +City of Harrisburg-Law Bureau,     10 North 2nd Street, Suite 402,    Harrisburg, PA 17101-1677
5012814        +Comcast Corp.,    Comcast Center,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
5012815        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,     PO Box 60848,    Harrisburg, PA 17106-0848
5012816        +Dauphin County Board of Commissions,     P.O. Box 1295,    Harrisburg, PA 17108-1295
5012817         Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,    Syosset, NY 11791-4401
5012819        +F.H. Cann & Associates, Inc.,     1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
5012820       ++++FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA 15212-5837
                (address filed with court: First National Bank,     One North Shore Center,
                 Pittsburgh, PA 15212)
5012821        +Hamilton Health Center,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5012824        +Lower Paxton Township,    Attn: Police Dept.,     425 Prince Street,    Harrisburg, PA 17109-2898
5012825        +M&T Bank,   c/o Nora C. Viggiano, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5012828        +MedCare Equipment Company, LLC,     P.O. Box 5029,    Greensburg, PA 15601-5058
5012830        +Orthopedic Institute of Pennsylvania,     3399 Trindle Road,    Camp Hill, PA 17011-2286
5012831        +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
5012834        +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
5012835        +PHFA-HEMAP,    P.O. Box 2461,    Harrisburg, PA 17105-2461
5012838         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5012833        +Pennsylvania Retina Specialists, PC,     220 Grandview Avenue,    Suite 200,
                 Camp Hill, PA 17011-1776
5012839        +Quest Diagnostics,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5012840         The Arlington Group,    820 Sir Thomas Court,    Harrisburg, PA 17109-4839
5012841        +Torres Credit Service, Inc.,     P.O. Box 189,    Carlisle, PA 17013-0189
5012842        +U.S. Dept. of Housing and Urban Dev.,     Financial Control Accounting Division,
                 Cash & Securities, Room 3112,    451 7th Street SW,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5012810        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 22 2019 16:07:43
                 Berks Credit Collections,    900 Corporate Drive,    Reading, PA 19605-3340
5012818        +E-mail/Text: bknotice@ercbpo.com Mar 22 2019 16:07:29      Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
5012822         E-mail/Text: cio.bncmail@irs.gov Mar 22 2019 16:07:19      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
5012823        +E-mail/Text: BKRMailOPS@weltman.com Mar 22 2019 16:07:22      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
5012826         E-mail/Text: camanagement@mtb.com Mar 22 2019 16:07:22      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
5012827         E-mail/Text: camanagement@mtb.com Mar 22 2019 16:07:22      M&T Bank,    successor in interest to,
                 Dauphin Deposit Bank & Trust Co.,    213 Market Street,    Harrisburg, PA 17001
5012829        +E-mail/Text: Bankruptcies@nragroup.com Mar 22 2019 16:07:40      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5012836         E-mail/Text: blegal@phfa.org Mar 22 2019 16:07:28      PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17101
5012832         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 16:07:23
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
5012837         E-mail/Text: CDuffy@pinnaclehealth.org Mar 22 2019 16:07:22      Pinnacle Health Hospitals,
                 P.O. Box 8700,    Harrisburg, PA 17105-8700
5012843         E-mail/Text: bkrcy@ugi.com Mar 22 2019 16:07:36      UGI Utilities,    2525 North 12th Street,
                 Suite 360,    Reading, PA 19605
5012844        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 22 2019 16:07:13
                 Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5068412*      ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                (address filed with court: PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
                 HARRISBURG, PA 17105)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 4
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| JOYCE A. MAYS | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-18-bk-00167-HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.              Movant(s)

JOYCE A. MAYS

                Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 22, 2019

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (JH)